## CHARLES SEYMOUR *against* WILLIAM C. BULL.

WRIT of error.

A power to executors to sell and dispose of lands devised to the children of the testator, is a power to *sell only*, and ceases upon the death of one of the devisees.

This was an action of ejectment, brought by *William C. Bull* against *Charles Seymour.*

The defendant, in his plea, disclosed the same facts as were relied upon by the defendant in the last case, and also, that *Abigail Bull*, the widow of *Caleb*, died in the year 1799; that the property claimed, was the house given to her, for her life; and that after her death, the exe-

cutors, judging it would be most beneficial to the lega-tees, leased the premises to the defendant. The su-perior court adjudged the plea to be insufficient.

The case was submitted without argument, by *Dwight*, for the plaintiff in error, and *Ingersoll*, for the defendant.

BY THE COURT. The question arises on these plead-ings, whether the executors had power, after the death of *Abigail Bull*, the widow of the testator, to lease the demanded premises by the will.

The executors claim this power, by the clause in the will, authorizing them " to *sell* and *dispose* of any and every part of the estate in such way, and manner, as they may think most beneficial for the legatees."

The words " *sell and dispose of*," are used in this will as synonymous terms; and this is a naked power to sell, not coupled with any interest. And until a sale should be made, the devisees had a right to the possession of the estate, (after the decease of the widow,) the fee be-ing in them. This power is to be strictly pursued; and it gives no right to the executors to enter upon the land, or to lease it.

The plaintiff is heir at law to *William W. Bull*, the devisee in the will, who was dead at the time the action was commenced. The power of the executors to sell in such way, and manner, as they should think most bene-ficial to the legatees, was personal, and ceased at the time of the decease of the devisee under whom the plaintiff claims.

Judgment affirmed.